MANLEY v. MOTOR SUPPLY CO.

No. 398P95

Case below: 119 N.C.App. 800

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

McANELLY v. WILSON PALLET AND CRATE CO.

No. 429P95

Case below: 120 N.C.App. 127

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

NCNB NATIONAL BANK v. DELOITTE & TOUCHE

No. 286P95

Case below: 119 N.C.App. 106
            341 N.C. 651

Motion by defendant for reconsideration of petition for writ of certiorari dismissed 2 November 1995.

PARIS v. WOOLARD

No. 425P95

Case below: 120 N.C.App. 200

Petition by third-party defendant (Agency Services, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

PARKER v. LITTLE RIVER CORP.

No. 397P95

Case below: 119 N.C.App. 800

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.